**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 10, 2026

Mr. Neil Michael Alacha
Wilkinson Stekloff
2001 M Street, N.W.
10th Floor
Washington, DC 20036

Mr. Neil E. Youngdahl
Varnum
P.O. Box 352
Grand Rapids, MI 49501-0352

Re: Case No. 25-1845, *Tyrelle Henderson, Jr. v. Kent County, MI, et al*
Originating Case No. 1:25-cv-00840

Dear Counsel,

The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Kelly L. Stephens, Clerk

Cathryn Lovely
Deputy Clerk

cc: Ms. Ann E. Filkins

Enclosures

Mandate to issue.