UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 25-1845

TYRELLE MOTRAY HENDERSON, JR.,

Plaintiff - Appellant,

v.

KENT COUNTY, MICHIGAN; MICHELLE LAJOYE-YOUNG, Sheriff, official and personal capacity,

Defendants - Appellees.

**FILED**
Nov 10, 2026
KELLY L. STEPHENS, Clerk

Before: GRIFFIN, BUSH, and NALBANDIAN, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Western District of Michigan at Grand Rapids.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is VACATED and REMANDED for further proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens

Kelly L. Stephens, Clerk